UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FILI ABUNDIZ CARRANZA,

                              Plaintiff,            20-CV-02635 (PAE) (KHP)

              -against-                  **STATUS CONFERENCE ORDER**

VBFS, INC. d/b/a/
M & M MARKET DELI ET AL.

                            Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephonic status conference is hereby scheduled to take place in the above-captioned case on November 3, 2021 at 11:45 a.m. Counsel should call (866) 434-5269, access code: 4858267 at the scheduled time.

      **SO ORDERED.**

DATED:      New York, New York
                October 1, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge