USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/03/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FILI ABUNDIZ CARRANZA,

                                Plaintiff,

          -against-

VBFS, INC. d/b/a/
M & M MARKET DELI ET AL.

                                Defendants.

----------------------------------------------------------------X

20-CV-02635 (PAE) (KHP)

ORDER SCHEDULING SETTLEMENT CONFERENCE

**KATHARINE H. PARKER, United States Magistrate Judge:**

     A settlement conference in this matter is scheduled for **Monday, December 13, 2021 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **December 6, 2021 by 5:00 p.m.**

     SO ORDERED.

DATED:     New York, New York
                November 3, 2021

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge