UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FILI ABUNDIZ CARRANZA, *on his own behalf and on behalf of others similarly situated*,

                                              Plaintiffs,

-v-

VBFS, INC., et al.,

                                              Defendants.

20 Civ. 2635 (PAE) (KHP)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 13, 2021, the Honorable Magistrate Judge Katharine H. Parker informed the Court that settlement discussions in this case did not succeed. Because discovery in this case has ended, this case will therefore proceed to trial. The Court understands from the complaint in this case that plaintiffs demand a jury trial. *See* Dkt. 1 at 23.

The parties' Joint Pretrial Order is due January 28, 2022. By that date, the parties shall submit a Joint Pretrial Order prepared in accordance with the Court's Individual Rules and Practices governing trials, available at https://nysd.uscourts.gov/hon-paul-engelmayer, and Federal Rule of Civil Procedure 26(a)(3).

Any motions *in limine* must be filed by January 28, 2022. Any oppositions to motions *in limine* are due February 4, 2022. Proposed findings of fact and conclusions of law should be submitted with the Joint Pretrial Order.

The Court schedules a final pretrial telephonic conference for February 25, 2022 at 2 p.m. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at

htttps://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

                                                                 *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: December 15, 2021
       New York, New York