# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342
41-25 Kissena Blvd., Suite 103, Flushing, New York 11355

February 28, 2022

<u>Via</u> <u>Ecf</u>
Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Joint Letter Motion Requesting Extension of Time to Submit Settlement Agreement**
1:20-cv-02635-PAE-KHP *Abundiz Carranza v. VBFS, Inc. et al*

Your Honor,

We represent the Plaintiff in the above referenced matter. We write to respectfully request a further extension of time to submit the parties fully executed Settlement Agreement from February 28, 2022, to March 28, 2022. This is the second request made by the parties and granting this request will not prejudice any party.

On January 28, 2022, the parties jointly reported to the Court about the settlement in this matter and requested for four weeks to submit the fully executed settlement agreement for the court's review. However, both the parties are still working on finalizing the settlement agreement in this matter. Additionally, Plaintiff's Counsel is currently scheduled for trial in other matters due to which there is very little room to work on the settlement agreement.

For the foregoing reasons mentioned above, Plaintiffs respectfully, request to extend the parties time to submit the Settlement Agreement from February 28, 2022, to March 28, 2022.

We thank Your Honor for your time and consideration of this matter and apologize for any inconveniences caused to this Court.

Respectfully Submitted,

Troy Law, PLLC

*/s/ John Troy, esq.*
John Troy
*Attorney for Plaintiffs*

Granted.
SO ORDERED.

*[signature: Paul A. Engelmayer]*
PAUL A. ENGELMAYER
United States District Judge
3/1/22

Cc: all counsel of record via ecf