# STEPHEN D. HANS & ASSOCIATES, P.C.

LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

NILS C. SHILLITO
ASSOCIATE
Tel: 718.275.6700
nshillito@hansassociates.com

March 31, 2022

VIA ECF

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **Carranza v. VBFS Inc., et al.**
**Case No. 20 CV 2635 (PAE)(KHP)**

Dear Judge Engelmayer:

This firm represents the defendants in the above-referenced matter. I write jointly with counsel for the plaintiff to respectfully request an extension of time until April 14, 2022 for the parties to submit their executed settlement agreement and letter motion for Court approval in this case. Counsel are still in the process of finalizing the written terms of the parties' settlement agreement, which they expect to have completed and ready for execution by the parties within the next week. This is the parties' third request for such an extension of time. Counsel do not anticipate that any further extensions shall be required.

Respectfully Submitted,

/s/Nils C. Shillito

Nils C. Shillito (NS-6755)

cc: Troy Law, PLLC (via ecf)

Granted.
SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
3/31/2022