## SETTLEMENT AGREEMENT

This settlement agreement (the "Agreement") is hereby made and entered into by and among, (i) FILI ABUNDIZ CARRANZA (hereinafter "Plaintiff"), on the one hand; and (ii) VBFS, INC. (formerly d/b/a M & M Market Deli), VIRGILIO BRANCO, and FERNANDO PINHO SANCHES (hereinafter, collectively, the "Defendants") (Plaintiff and Defendants, collectively, the "Parties").

**WHEREAS**, Plaintiff was previously employed by Defendants for certain time periods; and

**WHEREAS**, on March 28, 2020, FILI ABUNDIZ CARRANZA, through his attorneys, Troy Law, PLLC, filed a complaint against Defendants in the United States District Court for the Southern District of New York (the "Court") alleging claims under the Fair Labor Standards Act ("FLSA) and the New York Labor Law (the "NYLL"), in an action entitled Carranza v. VBFS Inc., et al., Case No. 20-cv-02635 (the "Action"); and

**WHEREAS**, Defendants have denied the claims as alleged by Plaintiff in the Action; and

**WHEREAS**, the Parties have determined it to be in their mutual interest to settle the Action and all matters between and among them for the purpose of avoiding the time, expense and inconvenience of further litigation; and

**WHEREAS**, the Parties desire to have no further obligations to each other, except as specifically provided herein; and

**WHEREAS**, Plaintiff has, throughout the negotiation and execution of this Agreement, been represented by his counsel, John Troy, Esq., Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, Tel: 718 762 1324; and

**WHEREAS**, Defendants have, throughout the negotiation and execution of this Agreement, been represented by their counsel, Nils C. Shillito, Esq., Stephen D. Hans & Associates, P.C., 30-30 Northern Boulevard, Suite 401, Tel: 7182756700, Email: nShillito@hansassociates.com and

**WHEREAS**, the Parties, through their legal counsel, have reached a settlement acceptable to them which constitutes a reasonable compromise of Plaintiff's claims and Defendants' defenses, and such terms are embodied in this Agreement; and

**WHEREAS**, Plaintiff acknowledges that he has had a full and fair opportunity to consider this Agreement and review all of its terms with the assistance of his counsel, and after doing so has entered into this Agreement freely and voluntarily, without threats or coercion of any kind by anyone; and

**WHEREAS**, Plaintiff acknowledges that he understands the meaning and effect of the execution of this Agreement.

**THEREFORE**, with the intent to be legally bound hereby and for good and valuable consideration, the receipt and sufficiency of which are acknowledged hereby by all Parties, and in consideration of the mutual covenants and undertakings set forth herein, the Parties agree as follows:

### 1. Settlement Amount; Breakdown

In exchange for and in consideration of the covenants and promises contained herein, including Plaintiff's specific release of all wage-and-hour claims against Defendants and the Releasees (as defined herein) as set forth in Paragraph 2 below, Defendants shall pay to Plaintiff and his attorneys the total amount of Two Hundred Thousand Dollars ($200,000.00) (the "Settlement Amount"), in forty-eight (48) separate monthly installment payments, as set forth below.

The Settlement Amount shall be broken down as follows: The out-of-pocket expenses incurred by Plaintiff's counsel, which are necessary and incidental to such counsel's representation of Plaintiff, are documented to the amount of Four Hundred Thirty-Three Dollars And Ninety-One Cents ($433.91), and such expenses shall be paid to Plaintiff's counsel. The net amount remaining after the Settlement Amount has been reduced by such out-of-pocket expenses is One Hundred Ninety-Nine Thousand Five Hundred Sixty-Six Dollars And Nine Cents ($199,566.09) (the "Net Settlement Amount"). Of the Net Settlement Amount, One-Third (1/3), or Sixty-Six Thousand Five Hundred Twenty-Two Dollars And Three Cents ($66,522.03), shall be payable to Plaintiff's attorneys, Troy Law, PLLC, in addition to Plaintiff's counsel's out-of-pocket expenses of Four Hundred Thirty-Three Dollars And Ninety-One Cents ($433.91), for a total amount of Sixty-Six Thousand Nine Hundred Fifty-Five Dollars And Ninety-Eight Cents ($66,955.98) to be paid to Plaintiff's counsel from the Settlement Amount. The remaining Two-Thirds (2/3) of the Net Settlement Amount, or One Hundred Thirty-Three Thousand Forty-Four Dollars And Two Cents ($133,044.02) shall be payable to Plaintiff.

The Settlement Amount to be paid to the Plaintiff and his attorneys pursuant to this Agreement is in complete settlement of all claims asserted by the Plaintiff in the Action, as well as any other claims of any kind that have been or could have been asserted by the Plaintiff against the Releasees (as hereinafter defined) pursuant to the Fair Labor Standards Act, the New York Labor Law, and related regulations, whether for allegedly unpaid wages, liquidated damages, statutory penalties, interest, attorney's fees, costs and disbursements.

### 2. Settlement Payment Schedule

The Settlement Amount shall be payable in forty-eight (48) monthly installment payments, as follows:

i) Installment 1 of 48: Two Thousand Dollars ($2,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 1 month of execution of this Agreement, consisting of two (2) checks:

> 01) A bank check made payable to "Troy Law, PLLC" in the amount of Nine Hundred Fifty-Five Dollars And Ninety-Four Cents ($955.94) and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 1 of 48";

> 02) A bank check of One Thousand Forty-Four Dollars And Six Cents ($1,044.06), made payable to "FILI ABUNDIZ CARRANZA" and memo

noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 1 of 48".

ii) Installment 2 of 48: Two Thousand Dollars ($2,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 2 months of the execution of this Agreement, consisting of two (2) checks:

> 01) A bank check of Six Hundred Sixty-Six Dollars And Sixty-Seven Cents ($666.67), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 2 of 48";

> 02) A bank check of One Thousand Three Hundred Thirty-Three Dollars And Thirty-Three Cents ($1,333.33), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 2 of 48".

iii) Installment 3 of 48: Two Thousand Dollars ($2,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 3 months of the execution of this Agreement, consisting of two (2) checks:

> 01) A bank check of Six Hundred Sixty-Six Dollars And Sixty-Seven Cents ($666.67), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 3 of 48";

> 02) A bank check of One Thousand Three Hundred Thirty-Three Dollars And Thirty-Three Cents ($1,333.33), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 3 of 48".

iv) Installment 4 of 48: Two Thousand Dollars ($2,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 4 months of the execution of this Agreement, consisting of two (2) checks:

> 01) A bank check of Six Hundred Sixty-Six Dollars And Sixty-Seven Cents ($666.67), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 4 of 48";

> 02) A bank check of One Thousand Three Hundred Thirty-Three Dollars And Thirty-Three Cents ($1,333.33), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 4 of 48".

v) Installment 5 of 48: Two Thousand Dollars ($2,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 5 months of the execution of this Agreement, consisting of two (2) checks:

> 01) A bank check of Six Hundred Sixty-Six Dollars And Sixty-Seven Cents ($666.67), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 5 of 48";
>
> 02) A bank check of One Thousand Three Hundred Thirty-Three Dollars And Thirty-Three Cents ($1,333.33), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 5 of 48".

vi)  Installment 6 of 48: Two Thousand Dollars ($2,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 6 months of the execution of this Agreement, consisting of two (2) checks:

> 01) A bank check of Six Hundred Sixty-Six Dollars And Sixty-Seven Cents ($666.67), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 6 of 48";
>
> 02) A bank check of One Thousand Three Hundred Thirty-Three Dollars And Thirty-Three Cents ($1,333.33), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 6 of 48".

vii) Installment 7 of 48: Two Thousand Dollars ($2,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 7 months of the execution of this Agreement, consisting of two (2) checks:

> 01) A bank check of Six Hundred Sixty-Six Dollars And Sixty-Seven Cents ($666.67), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 7 of 48";
>
> 02) A bank check of One Thousand Three Hundred Thirty-Three Dollars And Thirty-Three Cents ($1,333.33), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 7 of 48".

viii)  Installment 8 of 48: Two Thousand Dollars ($2,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 8 months of the execution of this Agreement, consisting of two (2) checks:

> 01) A bank check of Six Hundred Sixty-Six Dollars And Sixty-Seven Cents ($666.67), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 8 of 48";
>
> 02) A bank check of One Thousand Three Hundred Thirty-Three Dollars And Thirty-Three Cents ($1,333.33), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 8 of 48".

ix) Installment 9 of 48: Two Thousand Dollars ($2,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 9 months of the execution of this Agreement, consisting of two (2) checks:

   01) A bank check of Six Hundred Sixty-Six Dollars And Sixty-Seven Cents ($666.67), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 9 of 48";

   02) A bank check of One Thousand Three Hundred Thirty-Three Dollars And Thirty-Three Cents ($1,333.33), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 9 of 48".

x) Installment 10 of 48: Two Thousand Dollars ($2,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 10 months of the execution of this Agreement, consisting of two (2) checks:

   01) A bank check of Six Hundred Sixty-Six Dollars And Sixty-Seven Cents ($666.67), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 10 of 48";

   02) A bank check of One Thousand Three Hundred Thirty-Three Dollars And Thirty-Three Cents ($1,333.33), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 10 of 48".

xi) Installment 11 of 48: Two Thousand Dollars ($2,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 11 months of the execution of this Agreement, consisting of two (2) checks:

   01) A bank check of Six Hundred Sixty-Six Dollars And Sixty-Seven Cents ($666.67), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 11 of 48";

   02) A bank check of One Thousand Three Hundred Thirty-Three Dollars And Thirty-Three Cents ($1,333.33), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 11 of 48".

xii) Installment 12 of 48: Two Thousand Dollars ($2,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 12 months of the execution of this Agreement, consisting of two (2) checks:

        01) A bank check of Six Hundred Sixty-Six Dollars And Sixty-Seven Cents ($666.67), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 12 of 48";

        02) A bank check of One Thousand Three Hundred Thirty-Three Dollars And Thirty-Three Cents ($1,333.33), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 12 of 48".

xiii)    Installment 13 of 48: Twenty Thousand Dollars ($20,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 13 months of execution of this Agreement, consisting of two (2) checks:

        01) A bank check of Six Thousand Six Hundred Sixty-Six Dollars And Sixty-Seven Cents ($6,666.67), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 13 of 48";

        02) A bank check of Thirteen Thousand Three Hundred Thirty-Three Dollars And Thirty-Three Cents ($13,333.33), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 13 of 48".

xiv)    Installment 14 of 48: Three Thousand Dollars ($3,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 14 months of execution of this Agreement, consisting of two (2) checks:

        01) A bank check of One Thousand Dollars ($1,000.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 14 of 48";

        02) A bank check of Two Thousand Dollars ($2,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 14 of 48".

xv) Installment 15 of 48: Three Thousand Dollars ($3,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 15 months of execution of this Agreement, consisting of two (2) checks:

        01) A bank check of One Thousand Dollars ($1,000.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 15 of 48";

        02) A bank check of Two Thousand Dollars ($2,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 15 of 48".

xvi)    Installment 16 of 48: Three Thousand Dollars ($3,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 16 months of execution of this Agreement, consisting of two (2) checks:

> 01) A bank check of One Thousand Dollars ($1,000.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 16 of 48";

> 02) A bank check of Two Thousand Dollars ($2,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 16 of 48".

xvii)    Installment 17 of 48: Three Thousand Dollars ($3,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 17 months of execution of this Agreement, consisting of two (2) checks:

> 01) A bank check of One Thousand Dollars ($1,000.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 17 of 48";

> 02) A bank check of Two Thousand Dollars ($2,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 17 of 48".

xviii)    Installment 18 of 48: Three Thousand Dollars ($3,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 18 months of execution of this Agreement, consisting of two (2) checks:

> 01) A bank check of One Thousand Dollars ($1,000.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 18 of 48";

> 02) A bank check of Two Thousand Dollars ($2,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 18 of 48".

xix)    Installment 19 of 48: Three Thousand Dollars ($3,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 19 months of execution of this Agreement, consisting of two (2) checks:

> 01) A bank check of One Thousand Dollars ($1,000.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 19 of 48";

> 02) A bank check of Two Thousand Dollars ($2,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 19 of 48".

xx) Installment 20 of 48: Three Thousand Dollars ($3,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 20 months of execution of this Agreement, consisting of two (2) checks:

01) A bank check of One Thousand Dollars ($1,000.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 20 of 48";

02) A bank check of Two Thousand Dollars ($2,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 20 of 48".

xxi) Installment 21 of 48: Three Thousand Dollars ($3,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 21 months of execution of this Agreement, consisting of two (2) checks:

01) A bank check of One Thousand Dollars ($1,000.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 21 of 48";

02) A bank check of Two Thousand Dollars ($2,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 21 of 48".

xxii) Installment 22 of 48: Three Thousand Dollars ($3,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 22 months of execution of this Agreement, consisting of two (2) checks:

01) A bank check of One Thousand Dollars ($1,000.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 22 of 48";

02) A bank check of Two Thousand Dollars ($2,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 22 of 48".

xxiii) Installment 23 of 48: Three Thousand Dollars ($3,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 23 months of execution of this Agreement, consisting of two (2) checks:

01) A bank check of One Thousand Dollars ($1,000.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 23 of 48";

02) A bank check of Two Thousand Dollars ($2,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 23 of 48".

xxiv)  Installment 24 of 48: Three Thousand Dollars ($3,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 24 months of execution of this Agreement, consisting of two (2) checks:

> 01) A bank check of One Thousand Dollars ($1,000.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 24 of 48";

> 02) A bank check of Two Thousand Dollars ($2,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 24 of 48".

xxv)   Installment 25 of 48: Three Thousand Dollars ($3,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 25 months of execution of this Agreement, consisting of two (2) checks:

> 01) A bank check of One Thousand Dollars ($1,000.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 25 of 48";

> 02) A bank check of Two Thousand Dollars ($2,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 25 of 48".

xxvi)  Installment 26 of 48: Twenty-One Thousand Dollars ($21,000.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 26 months of execution of this Agreement, consisting of two (2) checks:

> 01) A bank check of Seven Thousand Dollars ($7,000.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 26 of 48";

> 02) A bank check of Fourteen Thousand Dollars ($14,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 26 of 48".

xxvii) Installment 27 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 27 months of execution of this Agreement, consisting of two (2) checks:

> 01) A bank check of One Thousand Five Hundred Dollars ($1,500.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 27 of 48";

02) A bank check of Three Thousand Dollars ($3,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 27 of 48".

xxviii) Installment 28 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 28 months of execution of this Agreement, consisting of two (2) checks:

01) A bank check of One Thousand Five Hundred Dollars ($1,500.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 28 of 48";

02) A bank check of Three Thousand Dollars ($3,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 28 of 48".

xxix)   Installment 29 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 29 months of execution of this Agreement, consisting of two (2) checks:

01) A bank check of One Thousand Five Hundred Dollars ($1,500.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 29 of 48";

02) A bank check of Three Thousand Dollars ($3,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 29 of 48".

xxx)    Installment 30 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 30 months of execution of this Agreement, consisting of two (2) checks:

01) A bank check of One Thousand Five Hundred Dollars ($1,500.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 30 of 48";

02) A bank check of Three Thousand Dollars ($3,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 30 of 48".

xxxi)   Installment 31 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 31 months of execution of this Agreement, consisting of two (2) checks:

01) A bank check of One Thousand Five Hundred Dollars ($1,500.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 31 of 48";

02) A bank check of Three Thousand Dollars ($3,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 31 of 48".

xxxii)  Installment 32 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 32 months of execution of this Agreement, consisting of two (2) checks:

01) A bank check of One Thousand Five Hundred Dollars ($1,500.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 32 of 48";

02) A bank check of Three Thousand Dollars ($3,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 32 of 48".

xxxiii) Installment 33 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 33 months of execution of this Agreement, consisting of two (2) checks:

01) A bank check of One Thousand Five Hundred Dollars ($1,500.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 33 of 48";

02) A bank check of Three Thousand Dollars ($3,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 33 of 48".

xxxiv) Installment 34 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 34 months of execution of this Agreement, consisting of two (2) checks:

01) A bank check of One Thousand Five Hundred Dollars ($1,500.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 34 of 48";

02) A bank check of Three Thousand Dollars ($3,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 34 of 48".

xxxv) Installment 35 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 35 months of execution of this Agreement, consisting of two (2) checks:

> 01) A bank check of One Thousand Five Hundred Dollars ($1,500.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 35 of 48";

> 02) A bank check of Three Thousand Dollars ($3,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 35 of 48".

xxxvi) Installment 36 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 36 months of execution of this Agreement, consisting of two (2) checks:

> 01) A bank check of One Thousand Five Hundred Dollars ($1,500.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 36 of 48";

> 02) A bank check of Three Thousand Dollars ($3,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 36 of 48".

xxxvii) Installment 37 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 37 months of execution of this Agreement, consisting of two (2) checks:

> 01) A bank check of One Thousand Five Hundred Dollars ($1,500.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 37 of 48";

> 02) A bank check of Three Thousand Dollars ($3,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 37 of 48".

xxxviii) Installment 38 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 38 months of execution of this Agreement, consisting of two (2) checks:

> 01) A bank check of One Thousand Five Hundred Dollars ($1,500.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 38 of 48";

02) A bank check of Three Thousand Dollars ($3,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 38 of 48".

xxxix) Installment 39 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 39 months of execution of this Agreement, consisting of two (2) checks:

01) A bank check of One Thousand Five Hundred Dollars ($1,500.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 39 of 48";

02) A bank check of Three Thousand Dollars ($3,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 39 of 48".

xl) Installment 40 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 40 months of execution of this Agreement, consisting of two (2) checks:

01) A bank check of One Thousand Five Hundred Dollars ($1,500.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 40 of 48";

02) A bank check of Three Thousand Dollars ($3,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 40 of 48";

xli) Installment 41 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 41 months of execution of this Agreement, consisting of two (2) checks:

01) A bank check of One Thousand Five Hundred Dollars ($1,500.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 41 of 48";

02) A bank check of Three Thousand Dollars ($3,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 41 of 48";

xlii) Installment 42 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 42 months of execution of this Agreement, consisting of two (2) checks:

01) A bank check of One Thousand Five Hundred Dollars ($1,500.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 42 of 48";

02) A bank check of Three Thousand Dollars ($3,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 42 of 48";

xliii)   Installment 43 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 43 months of execution of this Agreement, consisting of two (2) checks:

01) A bank check of One Thousand Five Hundred Dollars ($1,500.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 43 of 48";

02) A bank check of Three Thousand Dollars ($3,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 43 of 48";

xliv)   Installment 44 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 44 months of execution of this Agreement, consisting of two (2) checks:

01) A bank check of One Thousand Five Hundred Dollars ($1,500.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 44 of 48";

02) A bank check of Three Thousand Dollars ($3,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 44 of 48";

xlv)   Installment 45 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103, Flushing, NY 11355, due within 45 months of execution of this Agreement, consisting of two (2) checks:

01) A bank check of One Thousand Five Hundred Dollars ($1,500.00), made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 45 of 48";

02) A bank check of Three Thousand Dollars ($3,000.00), made payable to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a M & M Market Deli Settlement Payment 45 of 48".

xlvi)   Installment 46 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be
mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103,
Flushing, NY 11355, due within 46 months of execution of this Agreement,
consisting of two (2) checks:

> 01) A bank check of One Thousand Five Hundred Dollars ($1,500.00),
> made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a
> M & M Market Deli Settlement Payment 46 of 48";

> 02) A bank check of Three Thousand Dollars ($3,000.00), made payable
> to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a
> M & M Market Deli Settlement Payment 46 of 48".

xlvii)   Installment 47 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be
mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103,
Flushing, NY 11355, due within 47 months of execution of this Agreement,
consisting of two (2) checks:

> 01) A bank check of One Thousand Five Hundred Dollars ($1,500.00),
> made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a
> M & M Market Deli Settlement Payment 47 of 48";

> 02) A bank check of Three Thousand Dollars ($3,000.00), made payable
> to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a
> M & M Market Deli Settlement Payment 47 of 48".

xlviii)   Installment 48 of 48: Four Thousand Five Hundred Dollars ($4,500.00) shall be
mailed or hand delivered to Troy Law, PLLC, 41-25 Kissena Blvd, Suite 103,
Flushing, NY 11355, due within 48 months of execution of this Agreement,
consisting of two (2) checks:

> 01) A bank check of One Thousand Five Hundred Dollars ($1,500.00),
> made payable to "Troy Law, PLLC" and memo noting "VBFS INC. d/b/a
> M & M Market Deli Settlement Payment 48 of 48";

> 02) A bank check of Three Thousand Dollars ($3,000.00), made payable
> to "FILI ABUNDIZ CARRANZA" and memo noting "VBFS INC. d/b/a
> M & M Market Deli Settlement Payment 48 of 48".

xlix)   The installment payment due dates set forth above assume that the Court has
approved this Agreement pursuant to Cheeks v. Freeport Pancake House, Inc., 796
F.3d 199 (2d Cir. 2015) and dismissed the Action in its entirety with prejudice on or
before the due date of the first monthly installment payment set forth above.  In the
event that the Court has not approved this Agreement and dismissed the Action in its
entirety with prejudice prior to the due date of the first monthly installment payment
set forth above, then such first monthly installment payment shall instead be due
seven (7) business days following the Court's approval of this Agreement and

dismissal of the Action in its entirety with prejudice, and all other installment payment dates shall also be deemed modified accordingly, such that each installment payment shall be due one (1) month following the due date of the preceding installment payment, and the final monthly installment payment shall be due forty-seven (47) months following the due date of the first monthly installment payment.

### 3.  Confession of Judgment

a)  Concurrent with the execution and delivery of this Agreement, an authorized corporate authority of VBFS INC. (formerly d/b/a M & M Market Deli), VIRGILIO BRANCO, and FERNANDO PINHO SANCHES shall each sign a Confession of Judgment in the form annexed hereto as Exhibit B in the amount of Four Hundred Thousand Dollars ($400,000.00), or two (2) times the Settlement Amount of Two Hundred Thousand Dollars ($200,000.00), less twice the amount of any payments made by Defendants pursuant to this Agreement, which Confessions of Judgment shall be held in escrow by Plaintiff's attorney and shall not be filed with any court unless Defendants shall fail to pay any of the monthly installment payments required by paragraph 2 on or by the dates they are due, and shall fail to cure any such default in payment within ten (10) days of receiving written notice of such default to be sent by Plaintiff's counsel to Defendants' counsel via email (sent to: nshillito@hansassociates.com) and first class mail (sent to: Stephen D. Hans & Associates, P.C., 30-30 Northern Boulevard, Suite 401, Long Island City, NY 11101, Attn: Nils C. Shillito).

b)  Upon receipt of the final installment payment from Defendants, Plaintiff's attorney shall promptly destroy all of the Confessions of Judgment and shall confirm destruction of same in writing to Defendants' counsel.

### 4.  Attorneys' Fees in the Event of Default and Failure to Cure

If Plaintiff's counsel is forced to file the Confessions of Judgment due to Defendants' failure to pay any of the monthly installment payments required by paragraph 2 on or by the dates they are due and failure to cure any such default in payment within the ten (10) day cure period as set forth in paragraph 3, Defendants shall also be responsible for Plaintiff's reasonable attorneys' fees and costs in connection with any judgment lien enforcement proceedings.

### 5.  Stipulation Not To Sell VBFS Inc. without Advance Notice to Plaintiff

a)  Any sale by Defendants of VBFS Inc. shall result in the accelerated payment of the entire Settlement Amount.

b)  Further, Defendants agree not to sell VBFS Inc. without giving Plaintiff three months advance notice and further agree to hold any sale proceeds from any sale of VBFS Inc. in escrow up to the remaining amount of Settlement Amount still due to Plaintiff at the time

of such sale. This covenant shall expire immediately upon payment by Defendants of the full Settlement Amount.

c)  Should the proceeds from any sale by Defendants of VBFS Inc. be less than the remaining amount of the Settlement Amount still due to Plaintiff at the time of such sale, the entirety of the proceeds from such sale shall be held in escrow for Plaintiff. This covenant shall expire immediately upon payment by Defendants of the full Settlement Amount.

### 6.  Right of First Refusal

a)  Defendants agree that Plaintiff shall have the right of first refusal for any such sale by Defendants of VBFS Inc.  This covenant shall expire immediately upon payment by Defendants of the full Settlement Amount.

### 7.  Acceleration of Settlement Amount Upon Default and Failure to Cure

a)  In the event Defendants breach this Agreement by failing to pay any of the monthly installment payments required by paragraph 2 on or by the dates they are due and fail to cure any such default in payment within the ten (10) day cure period as set forth in paragraph 3, such default and failure to timely cure shall result in accelerated payment of the entire Settlement Amount.

### 8.  Tax

a)  The Plaintiff expressly understands and agrees that he shall be solely responsible for the payment of all federal, state and local taxes due on that portion of the Settlement Amount that is payable to him.  As a necessary precondition to payment of the Settlement Amount, the Plaintiff and Troy Law, PLLC must both provide Defendants with properly completed, duly executed IRS Forms W-9.  The Plaintiff understands that no federal, state or local income taxes, payroll taxes or other taxes or withholdings have been or will be paid by the Defendants or withheld by the Defendants on account of or from the Settlement Amount.  The Plaintiff acknowledges that the Defendants do not make and have not made any representations regarding the taxability of such amounts or the necessity for making withholdings therefrom, and the Plaintiff further acknowledges that he has not relied upon any advice or representation by the Defendants or their counsel as to the necessity for withholding from or the taxability of such amounts.  The Plaintiff shall be solely responsible for any and all taxes which may be due as a result of Plaintiff's receipt of all of the money paid to Plaintiff by the Defendants pursuant to this Agreement.  The Plaintiff further agrees to accept full, complete, sole and entire responsibility for any tax liability, withholding liability, interest or penalty that may be assessed against or incurred by any of the Defendants or by the Plaintiff, or both, as a result of not withholding taxes from any portion of the money paid to the Plaintiff pursuant to this Agreement, and the Plaintiff agrees to fully indemnify and hold the Releasees harmless against any such liability.  If the Defendants receive notice from any

taxing authorities regarding any of the payments hereunder, the Defendants will provide the Plaintiff's attorneys with a copy of such notice, within a reasonable period, so that the Plaintiff may address any requests made by such taxing authority.

### 9. Release of Claims from Plaintiff

In exchange for and in consideration of the covenants and promises contained herein, Plaintiff, individually and on behalf of his children, spouse, agents, heirs, executors, administrators, beneficiaries, trustees and legal representatives, hereby waives, discharges, and forever releases (i) VIRGILIO BRANCO, in his individual and corporate capacities, and his heirs, executors, administrators, attorneys, successors and assigns; (ii) FERNANDO PINHO SANCHES, in his individual and corporate capacities, and his heirs, executors, administrators, attorneys, successors and assigns; (iii) VBFS, INC.; and (iv) all of Defendants' current and former parents, subsidiaries, divisions, branches, assigns, affiliated and related companies or entities, corporations under common ownership or control, predecessors, successors, management companies, insurers, employee benefit plans, and present and former directors, officers, partners, shareholders, fiduciaries, representatives, agents, attorneys and employees (hereinafter referred to collectively as the "Releasees"), from any and all claims, known or unknown, suspected or unsuspected, asserted or unasserted, arising under the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, *et seq.*, as amended, and related regulations, the New York Labor Law and related regulations promulgated by the NYS Commissioner of Labor, including but not limited to the NYS Wage Theft Prevention Act, and any other statutory, regulatory and/or common law claims for alleged unpaid wages, liquidated damages, statutory damages and/or penalties, interest, costs and attorney's fees, and including but not limited to all claims asserted by the Plaintiff in the Action, based upon any conduct occurring from the beginning of the world to the date of the Plaintiff's execution of this Agreement. To the fullest extent permitted by law, the Plaintiff promises not to sue or bring any charges, complaints or lawsuits related to the claims hereby waived and released against the Releasees in the future, individually or as a member of a class or collective action. The Plaintiff also specifically waives and releases his rights to recover any money whatsoever from any of the Releasees in connection with any charge, claim or complaint related to the claims released herein filed against any of the Releasees by anyone with any government agency, to the fullest extent permitted by law. This waiver, release and promise not to sue is binding on the Plaintiff, his heirs, legal representatives and assigns. In the event that the Plaintiff violates this Agreement by bringing or maintaining any charges, claims or lawsuits against any of the Releasees contrary to this Paragraph, Plaintiff shall pay all costs and expenses of any of the Releasees in defending against such charges, claims or actions, including reasonable attorneys' fees, should any of the Releasees prevail in their defense.

Nothing herein shall prevent Plaintiff from filing a charge or participating in any investigation or proceeding conducted by the National Labor Relations Board, the Securities and Exchange Commission, the Equal Employment Opportunity Commission or a federal, state, or local fair employment practices agency. However, Plaintiff does specifically waive and release his rights to recover any money whatsoever from any of the Releasees in connection with any

such charge, claim or complaint related to the claims released herein filed against any of the Releasees by anyone with any government agency, to the fullest extent permitted by law.

### 10. No Other Claims

Plaintiff acknowledges and represents that he is not presently aware of any legal proceeding other than the Action pending between Plaintiff and/or his representatives and Defendants or the Releasees. Plaintiff shall further agree to refrain from refiling any and all claims asserted in the Action against Defendants and the Releasees in any forum whatsoever.

### 11. Non-Assignment of Claims

The Plaintiff represents and warrants that he has not assigned or transferred, nor purported to assign or transfer, to any person, firm, or corporation whatsoever, any of the claims released in this Agreement. The Plaintiff shall defend, indemnify and hold the Releasees harmless against any debts, obligations, liabilities, demands, damages, actions or causes of actions based on or arising out of or in connection with any such transfer or assignment, including without limitation, the payment of reasonable attorneys' fees and costs.

### 12. Submission of Agreement for Court Approval; Dismissal of the Action With Prejudice

After it has been fully executed and delivered by all Parties, the Parties shall jointly provide this Agreement to the Court for review and approval, together with a fully executed Stipulation of Voluntary Dismissal With Prejudice in the form annexed to this Agreement as Exhibit A. This Agreement shall not become final and binding until it has been approved by the Court as a fair and reasonable disposition of the Plaintiff's FLSA claims asserted against the Defendants in the Action, and until all of the Plaintiff's claims in the Action have been dismissed in their entirety with prejudice. In the event that the Court does not approve this Agreement for any reason, then this Agreement shall then be null and void *ab initio* and its terms shall not bind the Parties in any manner.

### 13. Each Party to Bear Its Own Attorney's Fees

The Parties shall each bear their own attorney's fees, costs, and expenses, except as expressly provided herein.

### 14. Denial of Wrongdoing

Nothing contained in this Agreement, nor the fact that Plaintiff has been paid any remunerations under it, shall be construed, considered, or deemed to be an admission of liability or wrongdoing by Defendants or Releasees. Defendants deny any liability, committing any wrongdoing or violating any legal duty with respect to Plaintiff, including with respect to Plaintiff's employment, including Plaintiff's pay while in Defendants' employ. The terms of this Agreement, including all facts, circumstances, statements and documents, shall not be admissible or submitted as evidence in any litigation, in any forum, for any purpose, other than to secure enforcement of the terms and conditions of this Agreement, if necessary, or as may otherwise be required by law.

### 15. Choice of Law and Forum

This Agreement shall at all times be construed and governed by the laws of the State of New York, regardless of choice of law or conflicts of law principles.

### 16. Entire Agreement

The Parties acknowledge and agree that this Agreement reflects the entire agreement between the Parties regarding the subject matter herein and fully supersedes any and all prior agreements and understandings, if any, between the Parties hereto. There is no other agreement except as stated herein. Plaintiff acknowledges that Defendants have made no promises to him other than those contained in this Agreement.

### 17. Modification

This Agreement may not be changed unless the change is in writing and signed by all of the Parties.

### 18. General Provisions

The failure of any party to this Agreement to insist on strict adherence of any term hereof on any occasion shall not be considered a waiver or deprive that party of the right thereafter to insist upon strict adherence to that term or any other term hereof. The invalidity of any provision of this Agreement shall not affect the validity of any other provision hereof. This Agreement has been drafted and reviewed jointly by counsel for the Parties and no presumption or construction as to the drafting of this Agreement shall be applied against or in favor of any party.

### 19. Legal Counsel

Plaintiff is hereby advised of his right to consult with an attorney before signing this Agreement. Plaintiff hereby acknowledges that he is fully and fairly represented by Troy Law, PLLC, in connection with the review, negotiation and signing of this Agreement.

### 20. No Other Assurances

The Plaintiff acknowledges that, in deciding to execute this Agreement, he has not relied upon any promises, statements, representations or commitments, whether spoken or in writing, made by anyone, except for those expressly stated in this Agreement.

### 21. Captions

Paragraph captions contained in this Agreement have been inserted herein only as a matter of convenience and in no way define, limit, extend or describe the scope of this Agreement or the intent of any provision hereof.

### 22. Execution

The Parties agree that this Agreement may be executed in counterparts, and that signatures transmitted electronically, by facsimile transmission, or PDF-scanned signatures, shall bear the same weight and shall be deemed legally binding as fully as original signatures.

### 23. Capability to Release Claims

The Plaintiff represents that he is competent to enter into a knowing and voluntary release of claims as set forth herein. The Plaintiff represents that he is not affected or impaired by illness, use of alcohol, drugs or other substances, and is not otherwise impaired. The Plaintiff also represents that he is not a party to any bankruptcy, lien, or creditor-debtor proceeding which would impair Plaintiff's right to settle and release his legal claims herein.

**PLAINTIFF ACKNOWLEDGES THAT HE HAS CAREFULLY READ THIS AGREEMENT, UNDERSTANDS IT, AND IS VOLUNTARILY ENTERING INTO THIS AGREEMENT OF HIS OWN FREE WILL, WITHOUT DURESS OR COERCION, AFTER DUE CONSIDERATION OF ITS TERMS AND CONDITIONS.**

**CERTIFICATE OF TRANSLATION** (for Plaintiff)

I, _Tiffany Troy_, certify that I am fluent in both Spanish and English and that I have correctly and accurately verbally translated both this  Agreement and the Letter Requesting Judicial Approval of Proposed Settlement Agreement ("Joint Fairness Letter Motion") from English to Spanish for Plaintiff FILI ABUNDIZ CARRANZA. After the translation, I asked Plaintiff if he understood the contents of the Agreement which he is signing and the Joint Fairness Letter Motion, , and he answered in the affirmative. Plaintiff has signed this  Agreement in my presence after the translation, after due consideration and without coercion.

_____
Translator Signature

**PLAINTIFF**

FILI ABUNDIZ CARRANZA

_____
Dated: 04/18/ 2022

**DEFENDANTS**

VIRGILIO BRANCO

Dated: 5/5/2022

FERNANDO PINHO SANCHES

_____

Dated:

VBFS, INC.

Name: Virgilio Branco
Title:  President/CEO
Dated: 5/5/2022

**DEFENDANTS**

**VIRGILIO BRANCO**

_____

Dated:

**FERNANDO PINHO SANCHES**

Dated: 5/4/22

**VBFS, INC.**

_____

Name: Virgilio Branco
Title: President/CEO
Dated:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
FILI ABUNDIZ CARRANZA,

                    Plaintiff,

       v.

VBFS INC. d/b/a M & M Market Deli, *et al.,*

                  Defendants.
------------------------------------------------------------x

Case No.20-cv-02635

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel

for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action, and all claims

asserted therein, is hereby voluntarily dismissed in its entirety, with prejudice, and without costs

or attorneys' fees to any party. This Court retains jurisdiction to enforce the parties' negotiated

settlement agreement in this action.


TROY LAW, PLLC
*Attorneys for the Plaintiff*


By: _____
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel: 718 762 1324


Stephen D. Hans & Associates, P.C.

*Attorneys for Defendants*

_____
Nils C. Shillito, Esq. (NS-6755)
30-30 Northern Boulevard, Suite 401
Long Island City, NY 11101
Tel: 718 275 6700


SO ORDERED.

_____

Affidavits of Confession of Judgment intentionally omitted.