# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342
41-25 Kissena Blvd., Suite 103, Flushing, New York 11355

July 8, 2022

*Via* **Ecf**

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Joint Second Letter Motion Requesting Extension of Time to Submit Settlement Agreement**
1:20-cv-02635-PAE-KHP *Abundiz Carranza v. VBFS, Inc. et al*

Your Honor,

We represent Plaintiff in the above-referenced matter. We write to respectfully request an extension of time until July 15, 2022, from July 8, 2022, for the parties to jointly submit a revised settlement agreement to reflect the changes requested by this Court on June 15, 2022. Granting this request would not prejudice any party.

On June 15, 2022, Your Honor, declined the parties proposed settlement agreement and ordered the parties to make further changes to the settlement agreement in compliance with the Court Order and propose it to this Court for its approval by July 1, 2022. *See* Dkt. No. 55. On July 7, 2022, Defendants proposed the settlement agreement with their edits, however, upon review, Plaintiff did not not consent to Defendants' proposals as they went beyond the scope of the Order issued by this Court on June 15, 2022. As such, Plaintiff's Counsel set up a time to confer with the Defendants Counsel on Monday to discuss and finalize the settlement agreement. Accordingly, the parties jointly request to extend the time to submit the revised settlement agreement by July 15, 2022. Granting the instant request will not prejudice any party.

For all the foregoing reasons mentioned above parties jointly request this Court to respectfully requests this court to extend the time to submit the revised settlement agreement from July 8, 2022, to July 15, 2022.

We thank the Court for its time and consideration in this matter.

Respectfully Submitted,

                                        Troy Law, PLLC
                                        */s/ John Troy, esq.*
                                        John Troy
                                        *Attorney for Plaintiff*

Cc: all counsel of record via ecf
/pk

Granted.
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
7/11/2022