UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FILI ABUNDIZ CARRANZA,
*on their own behalf and on behalf of others similarly situated*

                              Plaintiff,

- against -

VBFS INC.
    d/b/a M & M Market Deli and;
VIRGILIO BRANCO; and
FERNANDO PINHO SANCHES
                             Defendants

Case No. 20-cv-02635

**STIPULATION AMENDING THE PARTIES' SETTLEMENT AGREEMENT**

---

      This supplemental agreement (hereinafter the "Amendment") is hereby made and entered into by and between the plaintiff FILI ABUNDIZ CARRANZA (the "Plaintiff"), on the one hand, and VBFS, INC., VIRGILIO BRANCO, and FERNANDO PINHO SANCHES (collectively, the "Defendants"), on the other hand (the Plaintiffs and the Defendants may be referred to collectively herein as the "Parties").

      WHEREAS, on May 14, 2022 the Parties filed their fully executed settlement agreement (the "Agreement") (Document # 54-1) with the United States District Court for the Southern District of New York (the "Court") seeking fairness approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) in connection with the Parties' settlement of the Plaintiff's claims asserted against Defendants in the action entitled Carranza v. VBFS Inc., et al., Case No. 20-CV-2635 (the "Action"); and

      WHEREAS, the Court, by Order dated June 15, 2022, declined to approve the Agreement, having found an issue with the scope of the release set forth in Paragraph 9 thereof; and

      WHEREAS, the Parties now wish to amend and modify the Agreement; and

      NOW, THEREFORE, with the intent to be legally bound hereby and in consideration of the mutual covenants contained herein and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, IT IS HEREBY AGREED by and between the Parties that the Agreement is hereby modified and amended as follows:

      1.     Paragraph 9 of the Agreement is hereby stricken from the Agreement in its

entirety and replaced with the following:

In exchange for and in consideration of the covenants and promises contained herein, Plaintiff, individually and on behalf of his children, spouse, agents, heirs, executors, administrators, beneficiaries, trustees and legal representatives, hereby waives, discharges, and forever releases (i) VIRGILIO BRANCO, in his individual and corporate capacities, and his heirs, executors, administrators, attorneys, successors and assigns; (ii) FERNANDO PINHO SANCHES, in his individual and corporate capacities, and his heirs, executors, administrators, attorneys, successors and assigns; (iii) VBFS, INC.; and (iv) all of Defendants' current and former parents, subsidiaries, divisions, branches, assigns, affiliated and related companies or entities, corporations under common ownership or control, predecessors, successors, management companies, insurers, employee benefit plans, and present and former directors, officers, partners, shareholders, fiduciaries, representatives, agents, attorneys and employees (hereinafter referred to collectively as the "Releases"), from only those claims asserted by Plaintiff in the Action, including Plaintiff's claims pursuant to the FLSA and NYLL for alleged compensatory damages, alleged unpaid wages, liquidated damages, punitive damages, statutory damages and/or penalties, interest, costs, and attorneys' fees. To the fullest extent permitted by law, the Plaintiff promises not to sue or bring any charges, complaints or lawsuits arising from the claims hereby waived and released against the Releasees in the future, individually or as a member of a class or collective action. This release does not include a release of any rights Plaintiff may have under this Agreement.

Nothing herein shall prevent Plaintiff from filing a charge or participating in any investigation or proceeding conducted by the National Labor Relations Board, the Securities and Exchange Commission, the Equal Employment Opportunity Commission or a federal, state, or local fair employment practices agency.

2. Paragraph 2 of the Agreement, including all subsections thereof, is hereby amended to provide that all settlement installment payments may be made by either bank checks or by regular, noncertified checks.

3. <u>Continuing Effect of Original Settlement Agreement</u>. With the exception of any and all terms and provisions that have been specifically modified and/or superseded by the terms of this Amendment, all other terms and provisions of the Agreement shall remain in full force and effect.

4. <u>Captions</u>: Paragraph captions contained in this Amendment have been inserted herein only as a matter of convenience and in no way define, limit, extend or describe the scope of this Amendment or the intent of any provision hereof.

5. <u>Joint Preparation</u>:   The language of all parts of this Amendment shall in all cases be construed as a whole, extending to it its fair meaning, and not strictly for or against any of the Parties.  The Parties agree that, in consultation with their attorneys, they have jointly prepared and approved the language of the provisions of this Amendment, and that should any dispute arise concerning the interpretation of any provision hereof, neither the Plaintiffs nor the Defendants shall be deemed the drafters, nor shall any such language be presumptively construed in favor of or against either the Plaintiffs or the Defendants.

6. <u>Counterparts</u>:  This Amendment can be executed in any number of counterparts, each of which shall be taken to be one and the same instrument, for the same effect as if all Parties hereto had signed the same signature page.  A facsimile or scanned copy of any signature shall be deemed as legally binding as an original signature.

7. <u>Execution By Counsel Sufficient</u>:   The Parties agree that this Amendment is being validly executed by counsel for the Parties, as counsel are proper representatives of the Plaintiff and the Defendants, respectively.

8. Counsel for the parties sign this stipulation with the knowledge and consent of the respective parties.

Dated: March 1, 2021
**TROY LAW, PLLC**
*Attorneys for the Plaintiff*
By: /s/ _____
John Troy, Esq. (JT 0481)
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel: 718-762-1324

**STEPHEN D. HANS & ASSOCIATES, P.C.**
*Attorneys for Defendants*
/s/ _____
Nils C. Shillito, Esq.
30-30 Northern Blvd., Suite 401
Long Island City, NY 11101
Tel:718-275-6700

So Ordered

U.S.D.J._____

3